**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ELIZABETH A. ROMERO,**

    **Plaintiff,**

 v.                                                                                                          No. 14-cv-1160 SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed this action on December 30, 2014, appealing the final decision of the Social Security Administration, which denied her claim for benefits. [Doc. 1]. The Court set a briefing schedule, and after granting an extension of time, Plaintiff's Motion to Reverse or Remand Administrative Agency Decision ("Motion") was due by June 1, 2015. [Doc. 17]. To date, Plaintiff has neither filed a Motion nor requested an extension of time to do so.

**IT IS THEREFORE ORDERED** that Plaintiff show cause within **21 days** why her case should not be dismissed without prejudice for failure to prosecute her claims.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**